PEOPLE *ex rel.* DERMODY *v.* McCLAVE *et al.*, Police Commissioners.

(*Supreme Court, General Term, First Department.* October 24, 1890.)

MUNICIPAL CORPORATIONS—REMOVAL OF POLICE OFFICERS.
    Dismissal of an officer from the police force on a charge of being absent from his post and intoxicated will be sustained on *certiorari*, where a preponderance of the evidence seems to substantiate the charge.

*Certiorari* to review the dismissal of relator, Thomas Dermody, from the police force of the city of New York.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Louis J. Grant*, for relator. *John J. Delany*, for respondent.

VAN BRUNT, P. J. The charge against the relator was conduct unbecoming an officer, having been absent from his post and intoxicated. The evidence of the police captain and police surgeon tended to show that the relator was intoxicated, and the relator's conversation, to which the captain testified,

and which the relator in no way denied or attempted to explain, materially strengthened this view. Upon the other hand, the relator and his witness gave evidence tending to show that the relator's absence from his post, etc., was the result of illness. We cannot say that there is no evidence tending to support the finding of the respondents. Upon the contrary, the preponderance of evidence seemed to substantiate the charge. The proceedings should be affirmed, and writ dismissed, with costs. All concur.